```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01227
    LORENA VERA
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-0852


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/21/2008 and was not confirmed.

      The case was dismissed without confirmation 04/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG          .00            .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE     23168.85            .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY      NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     8799.82             .00            .00
AMER COLL CO              UNSECURED        NOT FILED            .00            .00
AMO RECOVERIES            UNSECURED        NOT FILED            .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED          733.00             .00            .00
COMPUTER CREDIT           UNSECURED        NOT FILED            .00            .00
CONTINENTAL FURNITURE     UNSECURED        NOT FILED            .00            .00
ER SOULTIONS INC          UNSECURED        NOT FILED            .00            .00
FIRST REVENUE ASSURANCE   UNSECURED        NOT FILED            .00            .00
HARRIS & HARRIS           NOTICE ONLY      NOT FILED            .00            .00
MEDICAL COLLECTION        UNSECURED        NOT FILED            .00            .00
MEDICAL COLLECTION        UNSECURED        NOT FILED            .00            .00
MEDICAL COLLECTION        UNSECURED        NOT FILED            .00            .00
MEDICAL COLLECTION        UNSECURED        NOT FILED            .00            .00
MEDICAL COLLECTION        UNSECURED        NOT FILED            .00            .00
MEDICAL COLLECTION        UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED        NOT FILED            .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED            .00            .00
TALRO INSURANCE AGENCY    UNSECURED        NOT FILED            .00            .00
TRS RECOVERY SERV         NOTICE ONLY      NOT FILED            .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED            .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY       2,000.00                           .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 01227 LORENA VERA

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                          .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 07/22/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                                                          PAGE   2
          CASE NO. 08 B 01227 LORENA VERA